BEFORE:    VIKTOR V. POHORELSKY                DATE:    9/22/15
                U.S. MAGISTRATE JUDGE       START TIME:    11:00 a.m.
                                                                             END TIME:    11:15 a.m.

DOCKET NO.    CV-12-6138                                 JUDGE:    VVP

CASE NAME:    Heras, et al. v. OTG Management Inc., et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Fairness Hearing

APPEARANCES:    Plaintiff        Denise Schulman
                               Defendant    Joseph O'Keefe, Carolyn Dellatore

SCHEDULING AND RULINGS:

1.    Hearing held concerning the joint motion for final approval of the class action settlement reached by the parties. The motion is granted by separate order, which also approves the manner of distribution of the settlement proceeds.

2.    No further conferences are scheduled.